THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

-vs- : 3:CR-19-

HALLSTEAD TOBACCO
JUNCTION, INC :
Defendant

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count 1

### (Money Laundering)

From in or about November 2011, and continuing through November 2013, in Susquehanna County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the Defendant,

**HALLSTEAD TOBACCO JUNCTION, INC.,**

did knowingly conduct and attempt to conduct financial transactions affecting interstate or foreign commerce, which involved the proceeds of specified unlawful activity, to wit, conspiracy to distribute controlled substances, and possession with intent to distribute and distribution of controlled substances, with intent to promote the carrying on of

1

specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

In violation of Title 18, United States Code, Section 1956 (a)(1)(A)(i).

# FORFEITURE ALLEGATION

1. The allegation contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(1).

2. Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1956, the defendant,

**HALLSTEAD TOBACCO JUNCTION, INC.,**

shall forfeit to the United States of America the following:

**Approximately $480,163.31 in United States Currency.**

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be

divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

DATE:                                   DAVID J. FREED
                                        United States Attorney

                                By:     *[signature]*
                                        Francis P. Sempa
                                        Assistant U.S. Attorney

4